DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MARJA-LIISA OVERBECK (CABN 261707)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6809
    FAX: (415) 436-7234
    mari.overbeck@usdoj.gov

Attorneys for United States of America

**GRANTED**
Judge Virginia K. DeMarchi

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-329 JD |
| Plaintiff, | STIPULATION ADVANCING ARRAIGNMENT |
| v. | |
| JAZZ SVARDA, ET AL., | |
| Defendants. | |

    Defendant Jazz Svarda appeared before the Court on July 1, 2020 for an initial appearance in the above-captioned case. On July 8, 2020, the Honorable Sallie Kim set a preliminary hearing for July 29, 2020 at 10:30 a.m. The parties subsequently stipulated, and the Court entered an order, continuing the preliminary hearing to September 17, 2020. Defendant Svarda was indicted by a federal grand jury on August 25, 2020. Dkt. 26. The parties therefore request that the September 17, 2020 hearing be advanced to September 10, 2020 and set for an arraignment.

    Thus, the parties agree that the preliminary hearing in this matter currently set for September 17, 2020 at 10:30 a.m. be taken off calendar, and the matter set for an arraignment on September 10, 2020 at 10.30 a.m.

    The undersigned Assistant United States Attorney certifies that she has obtained approval from

STIPULATION ADVANCING ARRAIGNMENT
Case No. CR 20-329 JD

1 | counsel for the defendant to file this stipulation and proposed order.

2 |     IT IS SO STIPULATED.

3 | DATED: September 9, 2020      /s/ *Marja-Liisa Overbeck*
  | MARJA-LIISA OVERBECK
4 | Assistant United States Attorney

5

6 | DATED: September 9, 2020      /s/ *George Boisseau*
  | GEORGE BOISSEAU
  | Counsel for Defendant Jazz Svarda

STIPULATION ADVANCING ARRAIGNMENT
Case No. CR 20-329 JD